

**FILED**

**MAR. 10, 2022**

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHAUN RUSHING,               )
                             )
            Plaintiff,       )
                             )
    v.                       )          Civil Action No.   22-201 (UNA)
                             )
 DEPARTMENT OF VETERANS      )
AFFAIRS,                     )
                             )
            Defendant.       )

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a "Lawsuit," ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 3. The Court will grant the *in forma pauperis* application and dismiss the case.

Plaintiff is a resident of Grand Rapids, Michigan, who has sued the Department of Veterans Affairs for "110 Trillion dollars." In the one-page pleading, Plaintiff claims that he is "a soldier in the United States that knows he's serving and fighting the good fight. . . . And, his 2300 intelligence Agency deserves respect." He adds that "the word on the Street etc. is that [Plaintiff] is a who's able him his soldiers for cleme[n]cy."

"[F]ederal courts are without power to entertain claims otherwise within their jurisdiction if," as here, "they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]" *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) (internal quotation marks and citations omitted). Consequently, this action will be dismissed. A separate order accompanies this Memorandum Opinion.

_____/s/_____
AMIT P. MEHTA
United States District Judge

Date: March  10, 2022